UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JONATHAN FRANK,

    Defendant.

Case No. 16-cv-10068
Hon. Matthew F. Leitman

_____/

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and Defendant Jonathan Frank having consented to the entry of this Judgment without trial, hereby agree as follows:

1.    Defendant hereby agrees to entry of a judgment in the sum of $73,563.55 (principal in the amount of $43,714.65, interest in the amount of $29,848.90, as of March 31, 2016) in favor of Plaintiff and against Defendant. Interest continues to accrue on the principal of the loan at the daily interest rate of $9.87, per day, pursuant to 28 U.S.C. § 1961(b).

2.    The judgment shall be payable as follows**:** An initial payment in the amount of $18,000.00, paid within two weeks of the execution of the Consent Judgment, and monthly installments in the amount of $500.00, commencing on May 15, 2016, and payable on the 15th day of each month thereafter, with a five (5) day grace period for each payment.

3. Payments shall be made to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363. Defendant shall be entitled to prepay the entire amount due and owing at any time without penalty.

4. In the event that Defendant fails to make payment on or before the 1st of each month or within the applicable 5-day grace period immediately following, as set forth in paragraph 2 above, or unless the parties otherwise mutually agree in writing during the 5-day grace period, Defendant shall be in default.

5. Plaintiff reserves the right to evaluate Defendant's financial circumstances on the anniversary date of this Consent Judgment for each year that a balance on the total judgment amount set forth in Paragraph 1 remains unpaid. Defendant shall provide Plaintiff with current, accurate documentation of his assets, income, and expenditures (including but not limited to his Federal Tax Returns) within fifteen (15) days of Plaintiff's written request for such information.

6. Within one (1) week after Defendant provides the information described in Paragraph 5, Defendant shall contact the office of Plaintiff's counsel for the purpose of discussing the possibility of stipulating to an adjustment of the installment payment amount. In the event that the parties are unable to mutually agree upon an adjusted installment payment amount, either party may file a motion requesting that the Court determine an appropriate adjusted installment payment amount.

7. Plaintiff may obtain an Abstract of Judgment and file it with registers of deeds.

8. Plaintiff may file garnishments of Defendant's State of Michigan tax refund/credit.

9. Plaintiff reserves the right to continue with any and all U.S. Treasury offsets.

10. Defendant shall keep Plaintiff informed of any change in Defendant's residency or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 2 Constitution Square, 145 N. Street, NE 6W 316, Washington, DC 20530.

11. This Judgment resolves all pending claims between the parties and closes the case.

The undersigned hereby stipulate to the entry of the above Judgment.

| | |
|---|---|
| /s/ Timothy J. Frost | /s/ Eric Lundquist, Jr. |
| Attorneys for Plaintiff | MICHELLE LUNDQUIST, PLC |
| 20600 W. 12 Mile Road, Suite 101 | Attorneys for Defendant |
| Southfield, MI 48076 | 38600 Van Dyke Suite 250 |
| (248) 750-0500 | Sterling Heights, MI 48312 |
| | 586/979-5000 |

APPROVED THIS 20th DAY OF APRIL, 2016.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 20, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2016, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                          (313) 234-5113